UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CONANT,<br><br>      Plaintiff,<br><br>   v.<br><br>EVERGREEN ALLIANCE GOLF<br>LIMITED, L.P., et al.,<br><br>      Defendants. | Case No.  26-cv-01964-RFL<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the

Honorable Vince Chhabria for consideration of whether the case is related to 25-cv-10265-VC

*Conant v. Evergreen Alliance Golf Limited, L.P.*

    **IT IS SO ORDERED.**

Dated: March 26, 2026

_____

RITA F. LIN
United States District Judge